FORÉS, RECURRENTE Y APELANTE, *v.* GÓMEZ, REGISTRADOR DE SAN GERMÁN, RECURRIDO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre infracción a la ley asignando sueldo a los registradores (moción sobre desestimación de apelación).

No. 3015.—Resuelto en mayo 24, 1923.

JURISDICCIÓN DEL TRIBUNAL SUPREMO—REGISTRADORES—QUERELLAS CONTRA REGISTRADORES—APELACIÓN.—Procede desestimar por falta de jurisdicción del Tri-

bunal Supremo, la apelación de una resolución dictada por la corte de distrito con motivo de querella formulada contra un registrador de la propiedad por violación de la sección 28 de la ley de marzo 10, 1904, asignando sueldo a dichos funcionarios y para otros fines.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. B. Forés* y *J. Sabater.*

El propio registrador apelado compareció personalmente.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El notario de San Germán don Benito Forés Morazo presentó en la Corte de Distrito de Mayagüez una querella contra el Registrador de la Propiedad de San Germán don Pedro Gómez Laserre, en la que, substancialmente, alegó que habiendo sido presentada en dicho registro cierta escritura de cancelación de hipoteca otorgada ante el querellante como notario por don Antón Benvenuti y Olivari y que habiendo sido entregados al registrador $3.50 en sellos de rentas internas con la escritura para que cancelara los sellos correspondientes, dicho registrador canceló la mención de la hipoteca por nota marginal y canceló los $3.50 en sellos cuando sólo debió cancelar 50 centavos, por todo lo que pidió a la corte que sumariamente impusiera al expresado registrador una multa de acuerdo con la sección 28 de la ley de 10 de marzo de 1904 asignando sueldos a los registradores de la propiedad y para otros fines.

La corte desestimó la demanda o querella presentada después de oir a las partes y contra esta resolución interpuso el notario querellante este recurso de apelación cuya desestimación nos ha pedido la parte querellada.

La sección 28 de la ley antes citada, que es la 2166 de la Compilación de los Estatutos Revisados, dispone que a los registradores de la propiedad convictos de haber violado en todo o en parte las disposiciones de dicha ley les será impuesta una multa de 100 a 200 dólares por la primera in-

fracción, de 200 a 500 dólares por la segunda y que se les separará de su cargo si cometen una tercera; y la sección 29 dispone que dichas multas se impondrán y cobrarán sumariamente por la corte de distrito en que esté situada la oficina del registrador convicto, de lo que se indica en la sección anterior y se pagará en la Tesorería Insular.

Las citas que hemos hecho de la ley demuestran que no se trata en este caso de un juicio ordinario regulado por el Código de Enjuiciamiento Civil, por lo que no son aplicables los preceptos establecidos sobre apelaciones contra resoluciones de los jueces de distrito, y como el derecho de apelación es estatutorio, y como en la ley citada de 1904 no se concede recurso de apelación para ante nosotros contra la resolución que dictaren sumariamente los jueces de distrito, para la imposición de esas multas, carecemos de jurisdicción para resolver la apelación establecida en este caso y por este motivo debemos desestimarla.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.